# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

October 23, 2017

**BRANCH OFFICES**

FEDERAL BUILDING
25 S 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Richland

The Honorable Judge John T. Rodgers
U.S. Magistrate Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, WA 99210

        **RE: MEDINA, Fernando**
        **Docket No.: 2:17-CR-00134-TOR-2**
        **Charge: Ct. 1: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)-**
        **Possession with Intent to Distribute 50 Grams or**
        **More of Actual (Pure) Methamphetamine**
        **Present Location:**
        **Prosser, WA 99350**
        <u>**STATUS REPORT/MODIFICATION OF**</u>
        <u>**CONDITION #28**</u>

Your Honor:

On August 1, 2017, the defendant made his initial appearance before the Court. The defendant was released on pretrial supervision.

On October 6, 2017, a violation report was submitted to the Court alleging the defendant had used methamphetamine and failed to report for random drug testing on three occasions. A violation hearing was scheduled for October 26, 2017, in Spokane to address the allegations.

Since the violations were submitted to the Court the defendant has reported for all random drug tests and treatment sessions. This officer has been in discussions with defense counsel and the Unites States Attorneys Office regarding the matters. The following joint recommendation would be recommended to the Court to resolve the violation issues: **The defendant shall continue under the condition of home detention with the added requirement of electronic/GPS monitoring**.

                                Respectfully submitted,

              by     s/David L. McCary

                        U.S. Probation Officer
                        Date: October 23, 2017

THE COURT ORDERS

[ ]   No Action
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

October 23, 2017
Date