PROB 12C
(6/16)

Report Date: March 17, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fernando Medina | Case Number: 0980 2:17CR00134-TOR-2 |
| Address of Offender: ▮▮▮▮▮▮▮, Prosser, Washington 99350 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 19, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846 |
| Original Sentence: | Prison - 51 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: June 4, 2021 |
| Defense Attorney: | Nick Mirr |
| | Date Supervision Expires: June 3, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/29/2021.

On June 10, 2021, the offender signed his Judgement in a Criminal Case stating he understood he was not to commit any additional federal, state, or local crimes.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing three counts of violating a no contact order- domestic violence, on or prior to October 30, 2021. |
| | According to a Yakima Police Department Incident Narrative Report dated November 16, 2021, officers received information Mr. Medina had contacted his girlfriend, Jennifer Lopez, after a  no contact order was placed between them due to an assault Mr. Medina had allegedly committed against her on September 26, 2021. |
| | The report noted Mr. Medina had called Ms. Lopez on multiple occasions between October 30  and  31, 2021. During those calls, Mr. Medina spoke about the alleged assault and the |

Prob12C
**Re: Medina, Fernando**
**March 17, 2022**
Page 2

physical and mental impact it had on Ms. Lopez. Ms. Lopez advised she had to have teeth replaced, a broken nose and she had a scar across her lip. Mr. Medina continued to advise he wanted to see Ms. Lopez again. There were other discussions brought on by Mr. Medina directing Ms. Lopez to obtain an out-of-state phone number as it would make it more difficult for the jail staff to know he was calling her. He admitted he understood there was a no contact order between them during the calls.

Mr. Medina plead guilty to three counts of violating a no contact order with domestic violence and was sentenced on February 25, 2022, under Yakima District Court case number 1A0233122, to 364 days with 334 days suspended.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/17/ 2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other : ***All pending violations will be addressed at the Revocation of Supervised Release Hearing scheduled for 4/13/2022.***

Thomas O. Rice
United States District Judge

March 17, 2022
Date