PROB 12C
(6/16)

Report Date: March 14, 2023

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 14, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fernando Medina | Case Number: 0980 2:17CR00134-TOR-2 |
| Address of Offender: ████████████, Grandview, Washington 98930 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: July 19, 2018 | |
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| Original Sentence: | Prison - 51 months / TSR - 60 months |
| Type of Supervision: Supervised Release | |
| Revocation Sentence: 04/13/2022 | Prison - 9 months / TSR - 50 months |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: December 9, 2022 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: February 8, 2027 |

## PETITIONING THE COURT

To issue a summons.

On December 12, 2022, supervised release conditions were reviewed and signed by Mr. Medina, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Medina is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or between January 22 and 26, 2023. |

**Prob12C**
**Re: Medina, Fernando**
**March 14, 2023**
**Page 2**

On Sunday, January 22, 2023, this officer received a text message from Mr. Medina, he reported to have relapsed and was scared. This officer let Mr. Medina know that his self-admission was appreciated and we would discuss it further during business hours.

On January 26, 2023, Mr. Medina reported to Merit Resource Services (Merit) and submitted to a urinalysis (UA). The specimen was sent to Alere Toxicology Services (Alere) laboratory for confirmation testing.

On February 4, 2023, this officer received the test results from Alere and the specimen provided by Mr. Medina was confirmed positive for the presence of methamphetamine.

2     **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Medina is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about February 17, 2023.

On February 17, 2023, this officer contacted Mr. Medina and directed him to report to Merit for UA testing, as he was unable to report the day before. On this same date, I received a telephone call from Mr. Medina and his counselor at Merit. Mr. Medina stated he reported to Merit for UA testing and admitted he consumed methamphetamine. Mr. Medina stated he attempted to use a device to falsify his urine specimen, but was caught by the UA technician.

3     **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Medina is considered to be in violation of his supervised release conditions by consuming a controlled substance, fentanyl, on or about February 23, 2023.

On February 23, 2023, this officer met with Mr. Medina, his primary counselor, and the clinical supervisor at Merit to discuss his treatment status. Mr. Medina admitted to having consumed fentanyl the day prior to our meeting. As part of Mr. Medina's increase in treatment level of care and developing a new baseline for testing, he submitted a UA and the specimen was sent to Alere laboratory for confirmation testing.

On March 3, 2023, this officer received the test results from Alere and the specimen provided by Mr. Medina was confirmed positive for the presence of fentanyl.

Prob12C
Re: Medina, Fernando
March 14, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 14, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

March 14, 2023
Date