PROB 12C
(6/16)

Report Date: June 29, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Medina    Case Number: 0980 2:17CR00134-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 19, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| Original Sentence: | Prison - 51 months<br>TSR - 60 months |
| Revocation Sentence: (04/13/2022) | Prison - 9 months<br>TSR - 50 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Nick Mirr |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 9, 2022

Date Supervision Expires: February 8, 2027

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/14/2023.

On December 12, 2022, supervised release conditions were reviewed and signed by Mr. Medina, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:  Mr. Medina is considered to be  in violation of his supervised release by failing to report to his probation officer on or about June 26, 2023.<br><br>On June 23, 2023, Mr. Medina was instructed to contact this officer by video call on June 26, 2023.  On June 26, 2023, Mr. Medina failed to report to his probation officer as instructed.  As of the date of this report, Mr. Medina has made no effort to contact his probation officer. |

Prob12C
**Re: Medina, Fernando**
**June 29, 2023**
**Page 2**

| | | |
|---|---|---|
| 5 | **Standard Condition #13:** | You must follow the instructions of the probation officer related to the conditions of supervision. |

          **Supporting Evidence**: Mr. Medina is considered to be in violation of his supervised release conditions by failing to follow the instructions of the probation officer by submitting to urinalysis testing at the Merit Resource Services (Merit) Pasco office on or about June 26, 2023, after having been instructed not to submit to urinalysis (UA) testing at this location.

          On June 21, 2023, this officer received information from Merit that Mr. Medina had been submitting to UA testing at their Pasco office, and his previous five UAs were unobserved. On this date, this officer contacted Mr. Medina via text message and instructed him to contact this officer once he was home from work. Mr. Medina responded that he would. Mr. Medina did not contact this officer from his residence as instructed.

          On June 22, 2023, this officer contacted Mr. Medina and instructed him to report to the Yakima U.S. Probation Office before the end of business day. Mr. Medina reported to the U.S. Probation Office as instructed. It was made clear to Mr. Medina that his UA tests must be observed and it was unacceptable that he had been submitting UAs that were unobserved. Mr. Medina was instructed to submit his next color line UA at the Merit office in Sunnyside or Yakima; Mr. Medina stated he understood. Mr. Medina was instructed not to submit to UA testing at the Merit Pasco or Kennewick offices.

          On June 26, 2023, Mr. Medina's color was called by Merit; he showed up to the Merit Pasco office and submitted an unobserved UA.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/29/2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Medina, Fernando
June 29, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

June 29, 2023
Date