PROB 12C
(6/16)

Report Date: January 15, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2026

SEAN F. MCAVOY, CLERK

ECF No. 208

| | | |
|---|---|---|
| Name of Offender: Fernando Medina | | Case Number: 0980 2:17CR00134-TOR-2 |
| Address of Offender: ███████████████ | | Prosser, Washington 99350 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 19, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| Original Sentence: | Prison - 51 months     Type of Supervision: Supervised Release<br>TSR - 60 months |
| Revocation Sentence:<br>(04/14/2022) | Prison - 9 months<br>TSR - 50 months |
| Revocation Sentence:<br>(11/08/2023) | Prison - 8 months<br>TSR - 42 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: May 28, 2024 |
| Defense Attorney: | Zachary Lynn Ayers    Date Supervision Expires: November 27, 2027 |

### PETITIONING THE COURT

To issue a summons.

On May 29, 2024, supervised release conditions were reviewed and signed by Mr. Medina, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Medina is considered to be in violation of his supervised release by being arrested for criminal assistance on or about November 27, 2025, Benton County District Court, docket number 5A0895532.<br><br>Per the Benton County Sheriff's case report number 25-033476, on November 26, 2025, deputies were dispatched to a disturbance on Good Road, in Benton County, Washington, where a female suspect assaulted a male victim. |

Prob12C
**Re: Medina, Fernando**
**January 15, 2026**
**Page 2**

When Deputy Guillen arrived, he contacted the reporting party and was able to see a wound from a knife on the victim's left middle finger. There was fresh blood, but the cut appeared to be superficial.

Once Sergeant Benitez arrived, the victim took them to where the assault occurred. The victim lives in a trailer on the west side of the property. The victim walked them back and showed them a gate that had a chain on it with no lock. The victim said the gate was closed when he went into his trailer earlier. The victim said he heard a vehicle and opened his trailer door. At that time, the female suspect and Fernando Medina were outside his door, who at no time had permission to be on his property. The victim did not know who Mr. Medina was. The female suspect asked the victim if he had wanted to go do laundry, which the victim felt was odd. The victim felt as if the female suspect was trying to lure him out of his trailer. There was also a pit-bull dog with them who was acting aggressively towards the victim's dog. At this time, the female suspect slashed a knife at the victim, cutting his left middle finger. Mr. Medina was in the driver's seat of a vehicle, and the female suspect got into the passenger seat, and they fled the area in a blue 2024 Mitsubishi Mirage, license plate CTS5160. Probable cause was developed for the female suspect for second degree assault and second degree criminal trespass due to the assault and entering the property.

Probable cause was developed for Mr. Medina for rendering criminal assistance and second degree criminal trespass for driving the female suspect away from the crime scene, helping her avoid apprehension, and entering the property unlawfully.

Deputies searched the area, eventually finding the suspect's vehicle. The vehicle turned off in a field, which caused deputies to lose sight of it. A drone was utilized by a deputy, who saw the suspect's vehicle in the orchard. Information came over the radio that two people could be seen by the drone running north toward McCreadie Road. Deputies immediately got to the area, when one person was coming from the south right at McCreadie. At that time, Deputy Guillen spotted the female suspect who he immediately started giving verbal commands to. The female suspect complied, was taken into custody, and was transported to the Benton County Corrections Center.

Mr. Medina was seen in front of his residence, which was directly across the street from where the female suspect was taken into custody. Mr. Medina complied with orders and was taken into custody. He was booked into the Benton County Jail and was released after posting bail.

On December 5, 2025, an arraignment was held and Mr. Medina was charged with criminal assistance and criminal trespass. A trial date is schedule for February 23, 2026.

2  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Medina is considered to be in violation of his supervised release by being arrested for criminal trespass on or about November 27, 2025, Benton County District Court, docket number 5A0895532.

Please refer to Violation number 1 above.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Medina, Fernando
January 15, 2026
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 15, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

January 16, 2026

Date